BEFORE THE SECOND DIVISION, OCTOBER 11, 1960

No. 64684.—Amity Fabrics, Inc. v. United States, protests 59/31303, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64685.—D. H. Grant & Co., Inc. v. United States, protests 60/6122, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64686.—Best Trading, Ltd., and American Customs Brokerage Co. v. United States, protest 59/23758 (Honolulu).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 11, 1960

No. 64687.—Esso Standard Oil Co. v. United States, protests 58/7201 and 59/24139 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of empty steel chlorine cylinders, articles of the manufac-